JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE LUIS VELAZQUEZ and
JEANETTE VELAZQUEZ,

    Plaintiffs,

v.

AEGIS WHOLESALE CORPORATION,
AURORA LOAN SERVICE LLC.,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.,
CITIBANK, N.A., as Trustee for
STRUCTURED ASSET SECURITIES
CORPORATION TRUST 2005-10
QUALITY LOAN SERVICE CORP.,
DOES I through X and ROE,
CORPORATIONS I through X;

    Defendants.

CASE NO.:2:11-cv-00576-JCM-RJJ

2308.024046-mh

## TEMPORARY RESTRAINING ORDER

UPON THE AFFIDAVIT OF YVETTE R. FREEDMAN, ESQ., AND GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that, upon reading Plaintiffs' Amended Complaint on file herein, and it appearing therefrom to the Court that this is a proper instance for the issuance of a Temporary Restraining Order, and that unless restrained and enjoined by Order of the Court immediate and irreparable injury and damage will result to Plaintiffs before notice can be served and a hearing held

1 on Plaintiffs' Motion for Preliminary Injunction, in that Defendants shall cause to be sold at
2 foreclosure sale scheduled for May 2, 2011, the Property commonly described as 5613
3 Bridgehampton Avenue, Las Vegas, Nevada, 89130, situate in Clark County, Nevada, and full legal
4 description being as follows:

> Parcel I:
> Lot Fifty-three (53) in Block One (1) of EAGLE CREEK ESTATES SOUTH UNIT 1, as shown by map thereof on file in Book 85 of Plats, Page 14 and amended by that certain Certificate of Amendment recorded August 28, 1998 in Book 980828 as Instrument No. 01003 of Official Records in the Office of the County Recorder of Clark County, Nevada.
> Reserving therefrom a non-exclusive easement for ingress, egress and enjoyment upon and over that portion of said subdivision delineated on the Plat as "Private Drives and P.U.E." and "Common Elements".
>
> Parcel II:
> A non-exclusive easement for ingress, egress and enjoyment upon and over that portion of said subdivision delineated on the Plat as "Private Drives and P.U.E." and "Common Elements", and further described in the Declaration of Covenants, Conditions, and Restrictions recorded July 9, 1998 in Book 980709 as Documents No. 01244 of Official Records in the Office of the County Recorder of Clark County, Nevada.

15 That said sale will be held unless restrained by the Order of the Court, pending a hearing on
16 Plaintiffs' Motion for Preliminary Injunction, and good cause appearing therefore,

17 IT IS HEREBY ORDERED that Defendants, and each of them, are hereby restrained and
18 enjoined from in any manner, either directly or indirectly, selling or attempting to sell or otherwise
19 convey and dispose of the property described above, all situated in Clark County, Nevada, whether
20 by foreclosure sale or otherwise, provided that Plaintiffs provide shall post bond as security in the
21 sum of $ 5,000 , for payment of costs or damages as may be incurred by any party who is found
22 to have been wrongfully enjoined or restrained;

23 IT IS HEREBY FURTHER ORDERED that this Order shall expire within Fourteen (14) days
24 after entry, unless within such time the Order, for good cause shown, is extended, or unless
25 Defendants consent that it may be extended for a longer period;

26 . . .
27 . . .
28 . . .

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

1  IT IS HEREBY FURTHER ORDERED that Plaintiffs' Motion for Preliminary Injunction
2  be, and the same is hereby set for hearing, on the hour of 10:00 a.m. on the 13 day of
3  May , 2011, in the above-entitled Court, that notice of said hearing and the time and
4  the place thereof be given to Defendants no later than May 3 , 2011, by serving upon
5  each of Defendants a copy of this Temporary Restraining Order together with a copy of the
6  Summons and Complaint, that Defendants shall have until May 9 , 2011 to file
7  responses to Plaintiffs' Motion for Preliminary Injunction.
   Plaintiffs' reply shall be filed by May 11, 2011.

8

9  DATED this 29th day of April, 2011 at 4:10 p.m.

10  _____
    United States District Judge

11

12  SUBMITTED BY:

13  JOHN PETER LEE, LTD.

14  BY: _____
15      JOHN PETER LEE, ESQ.
        Nevada Bar No. 001768
16      YVETTE R. FREEDMAN, ESQ.
        Nevada Bar No. 009898
17      830 Las Vegas Boulevard South
        Las Vegas, Nevada 89101
18      Ph: (702) 382-4044/Fax: (702) 383-9950
        Attorneys for Plaintiffs

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

- 3 -