UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSE LUIS VELAZQUEZ and JEANETTE VELAZQUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> AEGIS WHOLESALE CORPORATION; AURORA LOAN SERVICES, LLC., *et al*., <br><br> Defendant, | 2:11-cv-576-JCM-RJJ <br><br> O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Aurora Loan Services, LLC's Motion to Quash Subpoena and Motion For Sanctions (#16).

The Court having reviewed the Motion (#16) finds that discovery has not been authorized in this case; reasonable notice regarding the proposed deposition was not given; and, the deposition subpoena was not personally served. Good cause appearing therefore,

IT IS HEREBY ORDERED that Aurora Loan Services, LLC's Motion to Quash Subpoena and Motion For Sanctions (#16) is GRANTED as to the Motion to Quash Subpoena.

IT IS FURTHER ORDERED on or before May 20, 2011, Defendant Aurora Loan Services, LLC shall filed an affidavit of attorneys' fees and costs incurred in bringing this motion.

IT IS FURTHER ORDERED that a response by the Plaintiff shall be filed on or before May 27, 2011.

IT IS FURTHER ORDERED that a hearing on the Motions for Sanctions (#16) is

1  scheduled for May 31, 2011, at 1:30 PM by telephone conference call. The parties are directed to
2  call into the court's meet-me-line at (702)868-4906, conference code 123456.
3         DATED this  15th   day of March, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT J. JOHNSTON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge