JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE LUIS VELAZQUEZ and
JEANETTE VELAZQUEZ,

    Plaintiffs,

v.

AEGIS WHOLESALE CORPORATION;
AURORA LOAN SERVICE LLC.;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.;
CITIBANK, N.A., as Trustee for
STRUCTURED ASSET SECURITIES
CORPORATION TRUST 2005-10;
QUALITY LOAN SERVICE CORP.;
DOES I through X and ROE,
CORPORATIONS I through X;

    Defendants.

CASE NO.:2:11-cv-00576-JCM-RJJ

Date of Hearing: May 13, 2011
Time of Hearing: 10:00 a.m.

2308.024046-mh

## ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the Plaintiffs' Motion for a Preliminary Injunction filed on April 29, 2011, and all papers filed in support thereof and in opposition thereto: upon consideration of the statements of counsel, James J. Lee, Esq., on behalf of Jose Luis Velazquez and Jeanette Velazquez ("Plaintiffs") and Christopher M. Hunter, Esq., on behalf of Mortgage Electronic Registration Systems Inc., Aurora Loan Service, LLC and Quality Loan Service Corp., at the hearing on May 13, 2011; and for good cause appearing,

. . .

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for a

2  Preliminary Injunction to enjoin Defendants from proceeding with trustee's sale, of the real property

3  commonly known as 5613 Bridgehampton Avenue, Las Vegas, Nevada, 89130, more specifically

4  as APN No. 125-25-311-015, and further described as:

> Parcel I: Lot Fifty-three (53) in Block One (1) of EAGLE CREEK ESTATES SOUTH UNIT 1, as shown by map thereof on file in Book 85 of Plats. Page 14 and amended by that certain Certificate of Amendment recorded August 28, 1998, in Book 980828 as Instrument No. of Official Records in the Office of the County Recorder of Clark County, Nevada

8  is granted as hereafter provided.

9  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the five thousand dollars

10  ($5,000.00) posted with the Clerk of this Court by the Plaintiffs as security for the Temporary

11  Restraining Order shall be retained by the Clerk of this Court as a good faith deposit against any

12  arrearage in past due monthly mortgage payments until further determination of this Court.

13  . . .
14  . . .
15  . . .
16  . . .
17  . . .
18  . . .
19  . . .
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

**JOHN PETER LEE, LTD.**
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs shall post with the Clerk of this Court an amount equal to the modified trial payments agreed to by the Plaintiffs in the amount of nine hundred and thirty dollars ($930.00) for each month on or by the first day of each month beginning on June 1, 2011, and the same amount for the month of May, 2011, on May 13, 2011, until such time as further determination of this Court security for the preliminary injunction.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Order shall stay in effect until such future determination by this Court or the Plaintiffs failure to perform their obligations pursuant to this Order.

IT IS HEREBY ORDERED.

DATED this 25 day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

JOHN PETER LEE, LTD.

By: _____
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
JAMES J. LEE, ESQ.
Nevada Bar No. 001909
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

APPROVED BY:

McCARTHY & HOLTHUS, LLP

By: Emailed for approval on May 17, 2011
KRISTIN A. SCHULER-HINTZ, ESQ.
Nevada Bar No. 007171
CHRISTOPHER M. HUNTER, ESQ.
Nevada Bar No. 008127
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Attorneys for Defendants, Mortgage Electronic Registration Systems, Inc., and Quality Loan Service Corporation