1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE LUIS VELAZQUEZ and JEANETTE VELAZQUEZ, <br><br>              Plaintiffs, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., <br><br>              Defendants. | 2:11-CV-576 JCM (CWH) |

**ORDER**

      Presently before the court is plaintiffs Jose Louis Velazquez and Jeanette Velazquez's motion for certification of question to the Nevada Supreme Court.  (Doc. #59).  Defendants Aurora Loan Service, LLC, et. al. filed an opposition.  (Doc. #62).  Plaintiffs then filed a reply.  (Doc. #63).

      For the reasons stated in this court's order denying the same motion in *Fernando v. MortgageIT, et al.*, case number 2:11-cv-01352-JCM-GWF, this court DENIES plaintiff's motion.

      IT IS SO ORDERED.

      DATED May 7, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**