JOHN PETER LEE, LTD.
JOHN PETER LEE, ESQ.
Nevada Bar No. 001768
YVETTE R. FREEDMAN, ESQ.
Nevada Bar No. 009898
830 Las Vegas Boulevard South
Las Vegas, Nevada 89101
(702) 382-4044 Fax: (702) 383-9950
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOSE LUIS VELAZQUEZ and JEANETTE VELAZQUEZ,

    Plaintiffs,

v.

AEGIS WHOLESALE CORPORATION; AURORA LOAN SERVICE LLC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.; CITIBANK, N.A., as Trustee for STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10; QUALITY LOAN SERVICE CORP.; DOES I through X and ROE, CORPORATIONS I through X;

    Defendants,

CASE NO.:2:11-cv-00576-JCM-RJJ

2308.024046-mg

**STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY TO DEFENDANTS AURORA LOAN SERVICE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED by and between YVETTE R. FREEDMAN, ESQ. of John Peter Lee, LTD. on behalf of Plaintiffs, JOSE LUIS VELAZQUEZ and JEANETTE VELAZQUEZ, and JEFFREY ALLISON, ESQ. of HOUSER & ALLISON, APC on behalf of Defendants, AURORA LOAN SERVICE LL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10 as follows:

. . .

1. That the time for Plaintiffs to file their Reply to Defendants AURORA LOAN SERVICE LL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10's Opposition to Motion for Summary Judgment, originally set for June 3rd, 2012, be extended to June 11th, 2012.

That the Plaintiffs' Motion for Leave to File Late Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, Response to Motion for Leave to File Late Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, and Reply to Response to Motion for Leave to File Late Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment shall be withdrawn.

DATED this 14th day of June, 2012          DATED this 14th day of June, 2012

JOHN PETER LEE, LTD.                            HOUSER & ALLISON, APC
By:                                             By:

_/s/ [signature]_                               _/s/Jeffrey S. Allison, Esq._
JOHN PETER LEE, LTD.                            HOUSER & ALLISON, APC
JOHN PETER LEE, ESQ.                            JEFFREY S. ALLISON, ESQ.
Nevada Bar No. 001768                           Nevada Bar No. 008949
YVETTE R. FREEDMAN, ESQ.                        9970 Research Drive
Nevada Bar No. 009898                           Irvine, California 92618
830 Las Vegas Boulevard South                   (949) 679-1111 Fax: (949) 679-1112
Las Vegas, Nevada 89101                         E-mail: jallison@houser-law.com
(702) 382-4044 Fax: (702) 383-9950              Attorney for Defendants
E-mail: info@johnpeterlee.com
Attorneys for Plaintiffs

IT IS ORDERED that Plaintiffs' Stipulation for Extension of Time to File Plaintiffs' Reply to Defendants AURORA LOAN SERVICE LL, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10's Opposition to Motion for Summary Judgment no later than the 11th of June, 2012.

IT IS ORDERED that Plaintiffs' Plaintiffs' Motion for Leave to File Late Reply to Defendants' Opposition to Plaintiffs' Motion for Summary Judgment, Response to Motion for

1  Leave to File Late Reply to Defendants' Opposition to Plaintiffs' Motion for Summary
2  Judgment, and Reply to Response to Motion for Leave to File Late Reply to Defendants'
3  Opposition to Plaintiffs' Motion for Summary Judgment are withdrawn.
4      IT IS SO ORDERED June 15, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2012, I served a copy of the STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANTS AURORA LOAN SERVICE LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, CITIBANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION TRUST 2005-10,'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT in the above captioned matter by electronically mailing to the following:

Jeffrey S. Allison, Esq.
Houser & Allison, APC
Email: jallison@houser-law.com
Attorney for Defendants

DATED this 14th day of June, 2012

_____
An employee of
JOHN PETER LEE, LTD.

JOHN PETER LEE, LTD.
ATTORNEYS AT LAW
830 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101
Telephone (702) 382-4044
Telecopier (702) 383-9950